# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144903

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

A&D DEVELOPMENT, POWELL
CONSTRUCTION SERVICES, L.L.C.,
DICK BEUTER, d/b/a BEUTER BUILDING
& CONTRACTING, JIM'S PLUMBING &
HEATING, JEREL KONWINSKI BUILDER,
and KONWINSKI CONSTRUCTION, INC.,
     Plaintiffs-Appellees,

v

    SC: 144903
    COA: 301296
    Ingham CC: 10-000879-NI

MICHIGAN COMMERCIAL INSURANCE
MUTUAL and ELEANOR POWELL-YODER,
     Defendants-Appellees.

_____/

    On order of the Court, the application for leave to appeal the February 28, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

                           Clerk

t0716